RECEIVED
By BChilders at 2:39 pm, Oct 22, 2026

# UNITED STATES DISTRICT COURT

for the

District of Alaska

FID: 12034331
USMS:
Warrant: 2706-1022-0025-J
ORI: FBI Warrant
ACOMS: 682095

United States of America
v.
RICHARD HOLMES

*Defendant*

Case No. 3:26-mj-00656-MMS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* RICHARD HOLMES, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C § 922(g)(1) | Felon in Possession of Firearms |

Date: October 22, 2026

[signature] [seal: UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★]
*Issuing officer's signature*

City and state: Anchorage, Alaska

Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/2026, and the person was arrested on *(date)* 10/22/2026 at *(city and state)* ______.

Date: 10/22/2026

[signature]
*Arresting officer's signature*

FBI TFO Seth McMillan
*Printed name and title*